AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 26 2018 ★
LONG ISLAND OFFICE

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 18-314(DRH) |
| HAL ABRAHAMSON | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 06/26/2018

*Defendant's signature*

*Signature of defendant's attorney*

JOHN MARTIN
*Printed name of defendant's attorney*

s/ Denis R. Hurley
*Judge's Signature*

DENIS R. HURLEY, USDJ
*Judge's printed name and title*