# GARFUNKEL WILD, P.C.
ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964

www.garfunkelwild.com

JOHN G. MARTIN
Partner
Licensed in NY
Email: jmartin@garfunkelwild.com
Direct Dial: (516) 393-2214

FILE NO.: 14689.0002

January 25, 2019

**By ECF**

Honorable Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    *United States v. Hal Abrahamson*
                Docket 18-Cr-314

Dear Judge Hurley:

    We represent Dr. Hal Abrahamson in the above-captioned matter. As the Court may recall, Dr. Abrahamson appeared before your honor, waived indictment and pled guilty to one count of Health Care Fraud. Sentencing was initially scheduled for November 9, 2018, but was adjourned on consent to February 7, 2019, in part because the Probation Report was not completed by mid-October.

    We write with the consent of the Government to ask for a short adjournment to complete our pre-sentence investigation and sentencing memorandum. The reason for the delay is that we have retained a mental health expert to advise us whether Dr. Abrahamson's mental health is a relevant sentencing factor. However, the expert unexpectedly became unavailable for a period of time, and will not be able to complete his report until mid-February.

    I have consulted with AUSA Charles Kelly, and he advises me that he has a trial during early March, and that the latter part of the week of March 25, 2019, or thereafter, would be best for him.

    We thank the Court in advance for its consideration.

                                  Respectfully submitted,

                                  _____/s/_____

                                  John G. Martin