# GARFUNKEL WILD, P.C.
### ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

JOHN G. MARTIN
Partner
Licensed in NY
Email: jmartin@garfunkelwild.com
Direct Dial: (516) 393-2214

FILE NO.:   14689.0002

July 11, 2019

**By FedEx and ECF**

Honorable Denis R. Hurley
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:   *United States v. Hal Abrahamson*
            Docket 18-Cr-314

Dear Judge Hurley:

    I represent Dr. Hal Abrahamson in the above captioned matter. Enclosed are courtesy copies of our Sentence Memorandum and Exhibits. A copy has also been sent to AUSA Charles Kelly.

                                      Respectfully submitted,

                                      /s/

                                      John G. Martin

JGM:js
Enlosure