

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CPK
F. #2016R01391

*610 Federal Plaza*
*Central Islip, New York 11722*

July 23, 2019

<u>By ECF</u>

Honorable Denis R. Hurley
United States District Judge
United States Courthouse
934 Federal Plaza
Central Islip, New York 11722

      Re: <u>United States v. Hal Abrahamson, CR 18-314(DRH)</u>

Dear Judge Hurley:

      The undersigned Assistant United States Attorney respectfully submits this letter to request an adjournment of the remainder of the sentencing proceeding from August 2, 2019 to August 15, 2019 @ 11:00 a.m. Defense counsel consents to this request.

      Thank you for your consideration of this request.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/ *Charles P. Kelly*
      Charles P. Kelly
      Assistant U.S. Attorney
      (631) 715-7866

cc: Defense Cousnel